UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>BRYAN SCOTT MCMILLAN,<br><br>    Defendant. | No. 4:24-cv-00919-P |

**REPORT REGARDING MEDIATION CONFERENCE**

In accordance with Paragraph 5 of the Court's Scheduling Order (Dkt. No. 16), the parties respectfully submit this joint report concerning the mediation conference held with the Honorable William Royal Furgeson. On April 28, 2025, both parties attended a mediation conference arranged by Judge Furgeson in Dallas, Texas. For Plaintiff U.S. Securities and Exchange Commission ("SEC"), lead counsel James P. McDonald and trial counsel Jacqueline Moessner attended in person. For Defendant, co-counsel Karen Cook and S. Michael McColloch attended in person along with Defendant Bryan McMillan. Mr. McDonald and Ms. Moessner also consulted by phone with supervisory SEC officials responsible for managing this matter, Joseph Sansone (Chief of the Market Abuse Unit), Nicholas Heinke (Associate Director – Enforcement), and Gregory Kasper (Supervisory Trial Counsel) at different points during the mediation.

The case was not settled by agreement of the parties; however, each side believes it now has a better understanding of the opposing party's positions and specific hindrances to settlement. The parties remain open to future settlement discussions, and the Defendant would prefer an additional mediation session with Judge Furgeson at an appropriate time in the future.

| | |
|---|---|
| **ON BEHALF OF PLAINTIFF** | **Dated: May 5, 2025** |

*/s/ James P. McDonald*
James P. McDonald
New York Bar No. 4823910/Pro Hac Vice
P: 303-844-1059
F: 303-297-3529
mcdonaldja@sec.gov
1961 Stout Street, Ste. 1700
Denver, CO 80294

Jacqueline M. Moessner
New York Bar No. 4456521/Pro Hac Vice
P: 303-844-1031
F: 303-297-3529
moessnerj@sec.gov
1961 Stout Street, Ste. 1700
Denver, CO 80294

| | |
|---|---|
| **ON BEHALF OF DEFENDANT** | **Dated: May 5, 2025** |

*/s/      Karen L. Cook*
Karen Lundskow Cook
Texas Bar No. 12696860
Karen Cook PLLC
6060 N. Central Expy., Ste. 500
Dallas, TX 75206
(214) 643-6054
karen@karencooklaw.com

S. Michael McColloch
Texas Bar No. 13431950
S Michael McColloch PLLC
6060 N. Central Expy., Ste. 500
Dallas, TX 75206
(214) 643-6055
smm@mcculloch-law.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I certify that on May 5, 2025, a copy of the foregoing document and any attached materials were served via the CM/ECF system upon counsel of record:

Karen Cook
Karen Cook, PLLC
6060 N. Central Expressway
Suite 500
Dallas, TX 75206
karen@karencooklaw.com

S. Michael McColloch
S Michael McColloch, PLLC
6060 N. Central Expressway
Suite 500
Dallas, TX 75206
smm@mccolloch-law.com

                                              */s/ James P. McDonald*
                                              James P. McDonald
                                              U.S. Securities and Exchange Commission
                                              1961 Stout Street, Suite 1700
                                              Denver, CO 80294
                                              Office: (303) 844-1059
                                              McDonaldJa@sec.gov