UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**<br><br>       **Plaintiff,**<br><br>       **v.**<br><br>**BRYAN SCOTT MCMILLAN,**<br><br>       **Defendant.** | No. 4:24-cv-00919-P |

**JOINT MOTION TO CONTINUE PRE-TRIAL AND
TRIAL DEADLINES BASED ON SETTLMENT**

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendant Bryan McMillan respectfully submit this joint motion to advise the Court that the parties have reached a settlement in principle and, on that basis, to request a 90-day adjournment of the pending pre-trial deadlines and trial schedule. Pursuant to LR 7.1, the parties have conferred on this motion and have agreed it is joint and unopposed.

On September 10, 2025, following additional settlement talks that have been ongoing between the parties, counsel for the SEC and counsel for Mr. McMillan reached an agreement in principle to settle this matter. This agreement was reached by trial counsel and supervisors within the Enforcement Division of the SEC and Defendant through his counsel. As the Court is likely aware, only the Presidentially appointed and Senate-confirmed Commissioners (of which there are presently four including a Chairman) have the authority to authorize a settlement of an SEC-enforcement action. SEC counsel will now prepare a detailed written memorandum for review and comment by certain Offices and Divisions of the SEC concerning the proposed settlement,

and will then present the proposal for consideration by the Commissioners. This process typically takes at least two months and can take longer depending on particular circumstances.

Accordingly, to allow the Commissioners to consider the settlement and for counsel for the parties to prepare necessary settlement paperwork, the parties respectfully request that the case be stayed for a period of 90 days and all pre-trial and trial deadlines presently scheduled be adjourned for that period of time. This request thus includes the deadlines established by the Court's Scheduling Order of January 10, 2025 (ECF No. 16), at ¶ 1 (concerning trial-docket date), ¶ 7 (concerning pretrial disclosures and objections), ¶ 8 (concerning pretrial materials), ¶ 9 (concerning exchange of exhibits), and ¶ 10 (concerning a settlement conference). Based on the experience of SEC counsel, this length of adjournment will be sufficient time to complete these required tasks and, if the settlement is approved by the Commission, to submit a motion for entry of final judgment based on consent to the Court. If the settlement is not approved by the Commission, SEC counsel will promptly notify the Court.

The parties respectfully submit on the basis of the foregoing, there is good cause to modify the Scheduling Order on the basis of the proposed settlement. *See* FED. R. CIV. P. 16(b)(4). The additional time will permit the parties to prepare settlement paperwork and, among other things, avoid unnecessary expense to the parties that would arise from simultaneously preparing the matter for trial and seeking Commission approval of the settlement.

| | |
|---|---|
| Dated: September 12, 2025 | Respectfully Submitted, |
| /s/ Thomas Krysa | /s/ James P. McDonald |
| Thomas J. Krysa, Esq. | James P. McDonald |
| Colo. Bar No. 28440/*Pro Hac Vice* | New York Bar No. 4823910/*Pro Hac Vice* |
| Foley & Lardner LLP | 1961 Stout Street, Ste. 1700 |
| 1144 15th Street, Suite 2200 | Denver, CO 80294 |
| Denver, CO 80202 | P: 303-844-1059 |
| 720-437-2010 | mcdonaldja@sec.gov |

Andrew A. Howell
Texas Bar No. 24072818
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
214-999-3000

_____
Bryan S. McMillan

Jacqueline M. Moessner
New York Bar No. 4456521/*Pro Hac Vice*
1961 Stout Street, Ste. 1700
Denver, CO 80294
P: 303-844-1031
moessnerj@sec.gov

Patrick Disbennett
Texas Bar No. 24094629
801 Cherry Street, Suite 1900
Fort Worth, Texas 76102
(817) 900-2635
disbennettpa@sec.gov
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I certify that on September 12, 2025, a copy of the foregoing document and any attached materials were served via the CM/ECF system upon counsel of record:

Thomas J. Krysa, Esq.
Colo. Bar No. 28440
Foley & Lardner LLP
1144 15th Street, Suite 2200
Denver, CO 80202
720-437-2010

Andrew A. Howell
Texas Bar No. 24072818
Foley & Lardner LLP
2021 McKinney Avenue, Suite 1600
Dallas, TX 75201
214-999-3000

                                    */s/ James P. McDonald*
                                    James P. McDonald
                                    U.S. Securities and Exchange Commission