UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.                         No. 4:24-cv-00919-P

**BRYAN SCOTT MCMILLAN,**

   Defendant.

### ORDER

**WHEREAS**, on September 12, 2025, Plaintiff United States Securities and Exchange Commission and Defendant Bryan McMillan jointly informed the Court (ECF No. 38) that they had reached a settlement in principle and, on that basis, have moved the Court for a 90-day adjournment of the pretrial and trial deadlines established by the Court's Scheduling Order (ECF No. 16);

**WHEREAS**, the parties having shown good cause for the requested adjournment;

**IT IS HEREBY ORDERED** that the deadlines established in the Court's Scheduling Order at ¶ 1 (concerning trial-docket date), ¶ 7 (concerning pretrial disclosures and objections), ¶ 8 (concerning pretrial materials), ¶ 9 (concerning exchange of exhibits), and ¶ 10 (concerning a settlement conference) are adjourned for 90 days. Accordingly, it is **ORDERED** that this case is set for trial on this Court's four-week docket beginning **February 2, 2026**; and

**IT IS HEREBY ORDERED** that the parties shall submit a report on the status of this matter no later than **December 12, 2025.**

**SO ORDERED** on this **15th day of September 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE